**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Benjamin Robert Taylor, | ) | No. CV 08-139-PHX-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| State of Arizona; et al, | ) | |
| Defendants. | ) | |

On June 18, 2009, the Magistrate Judge ordered Plaintiff to show cause why certain unserved defendants should not be dismissed. (Doc. #50). Plaintiff responded and consented to the dismissal of those defendants. (Doc. #51). Accordingly, on July 17, 2009, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #54) recommending that those defendants be dismissed.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

1     **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc.
2 #54) is **ACCEPTED**; and
3     **IT IS FURTHER ORDERED** that the following Defendants are dismissed, without
4 prejudice:
5     Robert Stewart
6     Jane Doe Stewart
7     John Doe Struebeck
8     Jane Doe Struebeck
9     John Doe Long
10     Jane Doe Long
11     John Doe Love
12     Jane Doe Love
13     John Doe Lewis
14     Jane Doe Lewis
15     John Doe Munz
16     Jane Doe Munz
17     John Doe Grabowski
18     Jane Doe Grabowski
19     John Does and Jane Does I-X.
20     DATED this 10th day of August, 2009.

_____
James A. Teilborg
United States District Judge